*State, Respondent, v. Aguilar, Petitioner*, No. 93875-0. Petition for review of a decision of the Court of Appeals, No. 33329-9-III, October 11, 2016, 196 Wn. App. 1028. *Denied* March 8, 2017.

*State, Respondent, v. Pink, Petitioner. In re Pers. Restraint of Pink*, No. 93880-6. Petition for review of decisions of the Court of Appeals, Nos. 46858-1-II and 48282-7-II, November 8, 2016, 196 Wn. App. 1052. *Denied* March 8, 2017.

*State, Respondent, v. Velezmoro, Petitioner*, No. 93882-2. Petition for review of a decision of the Court of Appeals, No. 73542-0-I, October 31, 2016, 196 Wn. App. 552. *Denied* March 8, 2017.

*Farah et al., Petitioners, v. Hertz Transp., Inc., et al., Respondents*, No. 93883-1. Petition for review of a decision of the Court of Appeals, No. 73268-4-I, October 3, 2016, 196 Wn. App. 171. *Denied* March 8, 2017.

*Canfield, Petitioner, v. Clark, Respondent*, No. 93884-9. Petition for review of a decision of the Court of Appeals, No. 72869-5-I, August 22, 2016, 196 Wn. App. 191. *Denied* March 8, 2017.

*State, Respondent, v. Sullivan, Petitioner*, No. 93885-7. Petition for review of a decision of the Court of Appeals, Nos. 73217-0-I and 73216-1-I, October 10, 2016, 196 Wn. App. 277. *Denied* March 8, 2017.

*State, Respondent, v. Hood, Petitioner*, No. 93888-1. Petition for review of a decision of the Court of Appeals, No. 73401-6-I, September 26, 2016, 196 Wn. App. 127. *Denied* March 8, 2017.

*Duncan et al., Petitioners, v. City of Edgewood, Respondent*, No. 93889-0. Petitions for review of a decision of the Court of Appeals, No. 48028-0-II, November 1, 2016, 196 Wn. App. 1045. *Denied* March 8, 2017.